**Order entered February 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00947-CV

## IN THE INTEREST OF C.T.C., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-05158**

## ORDER

On January 25, 2021, we ordered Francheska Duffey, Official Court Reporter for the 330th Judicial District Court, to file either the reporter's record or written verification appellant had not requested the record. Before the Court is Ms. Duffey's February 4, 2021 written verification the record has not been requested.

Our January 25th order cautioned appellant the appeal could be submitted without the reporter's record if the Court was notified the record had not been requested. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.* As the clerk's record has been filed, we further **ORDER** appellant to file her brief no later than March 10, 2021.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE